UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| SHEILA B. STEPP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:13-cv-179-WGH-WTL |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

# FINAL JUDGMENT ENTRY

After oral argument held before the Court on April 24, 2014, and pursuant to the Findings attached hereto, the decision of the Commissioner is **REVERSED** under Sentence Six of 42 U.S.C. § 405(g) and **REMANDED** to the Commissioner for further proceedings.

**SO ORDERED.**

Dated: May 22, 2014

William G. Hussmann, Jr.
United States Magistrate Judge
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

**Served electronically on all ECF-registered counsel of record.**