UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| SHEILA B. STEPP<br>(Social Security No. XXX-XX-7013),<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 2:13-cv-179-WGH-WTL |

## FINAL JUDGMENT ENTRY

Pursuant to the Entry on Defendant's Motion to Alter the Judgment entered this date, the original Final Judgment Entry (Filing No. 36) entered in this action is **AMENDED**, and the Commissioner's decision is **AFFIRMED**. The Plaintiff's Complaint is **DISMISSED**, each party to bear its own costs.

**Dated:** August 1, 2014

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

_____
William G. Hussmann, Jr.
United States Magistrate Judge
Southern District of Indiana

**Served electronically on all ECF-registered counsel of record.**